IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANTA BANK CORP., as assignee of<br>Preferred Capital Corporation | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| R.R. BLIMLINE, INC., et al. | : | NO.  02-4054 |

ORDER TO CHANGE MANAGEMENT TRACK

  AND NOW, this 26th day of June, 2002, upon consideration of the allegations of the complaint which clearly show that the amount in controversy is $96,587.78 which does not exceed the sum required for compulsory arbitration under Local Rule of Civil Procedure No. 53.2, 3, A (Effective September 13, 1999), it is hereby **ORDERED** that this case is not appropriate for the Standard Management Track.

  IT IS FURTHER **ORDERED** that the Clerk shall assign this case to the arbitration management track and mark all records accordingly.

_____
LOWELL A. REED, JR., S.J.

(3/2/00)