IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADVANTA BANK CORP., etc. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4054 |
| R.R. BLIMELINE, INC., et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 23, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date: October 1, 2002

Copies:   Harry Grace, Courtroom Deputy to Judge Savage
Docket Clerk - Case File

Counsel:   Ivy M. Kempf, Esq.
Shawn J. Lau, Esq.

ARB2.FRM