IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ADVANTA BANK CORP., etc. | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-4054 |
|  | : |  |
| R.R. BLIMLINE, INC., et al | : |  |
|  | : |  |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on February 19, 2003*. **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from 1/23/03 - NO FURTHER
CONTINUANCES WITHOUT COURT
APPROVAL.

By:_____
PATRICIA A. JONES
Deputy Clerk
Phone:267-299-7072

Date:January 21, 2003

Copies:    Harry Grace, Courtroom Deputy to Judge Savage
           Docket Clerk - Case File

           Counsel:    Iv M. Kempf, Esq.
                       Shawn J. Lau, Esq.

ARB2.FRM