IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANTA BANK CORP,** *et al* | : | CIVIL ACTION |
| | : | |
| | : | No. 02-4054 |
| v. | : | |
| | : | |
| **R. R. BLIMLINE, INC.,** *et al* | : | |

## ORDER

AND NOW this 19th day of February, 2003, upon consideration of the Motion of Defendant Advanta Bank Corp. for Summary Judgment (Document No. 12), it is **ORDERED** that the motion is **DENIED AS MOOT.**

_____
TIMOTHY J. SAVAGE, J.