**Brian M. Fleischer, Esquire**
**I.D. No. 55894**
**Ivy M. Kempf, Esquire**
**I.D. No. 85845**
**1420 Walnut Street**
**Suite 810**
**Philadelphia, PA 19102**
**(215) 546-7979**

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Advanta Bank Corp. as assignee of<br>Preferred Capital Corporation<br>1020 Laurel Oak Road,<br> Voorhees, New Jersey 08043<br><br>v.          Plaintiff,<br><br>R.R. Blimline, Inc., and Raymond Blimline<br>3305 Penn Avenue<br>West Lawn, PA 19609<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO: 02 cv 4054<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**IT IS HEREBY ORDERED**, this _____ day of _____, 2003, that Judgment in the amount of $64,989.82 be entered against Defendants R.R. Blimline, Inc., and Raymond Blimline in favor of Plaintiff**.**

**IT IS FURTHER ORDERED,** that Defendant is further **ORDERED** to pay $500.00 to Plaintiff, pursuant to the parties Agreement, to reimburse Plaintiff for attorneys' fees and Court costs expended in having to file this Motion.

**IT IS FURTHER ORDERED,** that Defendants provide a second mortgage on Defendant Raymond Blimline's personal property in the amount of $64,989.82 to Plaintiff within five (5) days from the date of receipt thereof.

**IT IS FURTHER ORDERED**, that a copy of this Order shall be served on all parties counsel within ten (10) days of the receipt of the same.

_____
J.