IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADVANTA BANK CORP.,** | : | **CIVIL ACTION** |
| **AS ASSIGNEE OF PREFERRED** | : | |
| **CAPITAL CORPORATION** | : | |
| | : | **No. 02-4054** |
| v. | : | |
| | : | |
| **R. R. BLIMLINE, INC.** | : | |
| and | : | |
| **RAYMOND BLIMLINE** | : | |

## ORDER

**AND NOW** this 15th day of July, 2003, upon consideration of the plaintiff's Motion for Default Against Defendants for Failure to Comply with the Terms of Settlement (Document No. 16) and the defendants' response, it is **ORDERED** that the motion is **DENIED.**

_____
TIMOTHY J. SAVAGE, J.